IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

H.A.H.L.,                              *

    Petitioner,                    *

vs.                                   *

Warden, STEWART DETENTION            *    CASE NO. 4:26-cv-320-CDL-ALS
CENTER, *et al.*,

                                          *

    Respondents.                   *

_____

O R D E R

    After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 20, 2026 is hereby approved, adopted, and made the Order of the Court.  The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

    IT IS SO ORDERED, this 16th day of June, 2026.

                                      S/Clay D. Land
                                      CLAY D. LAND
                                      U.S. DISTRICT COURT JUDGE
                                      MIDDLE DISTRICT OF GEORGIA